IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE SANTIAGO,

    Petitioner,                      No. CIV S-05-1902 LKK GGH P

    vs.

MATTHEW C. KRAMER, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the Merced County Superior Court. Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

/////

/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3       2. This action is transferred to the United States District Court for the Eastern

4 District of California sitting in Fresno; and

5       3. All future filings shall reference the new Fresno case number assigned and

6 shall be filed at:

7       United States District Court
      Eastern District of California
8       1130 "O" Street
      Fresno, CA 93721

9

10 DATED: 10/11/05

11

12       /s/ Gregory G. Hollows

13       GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

14 GGH:bb
sant1902.109

15

16

17

18

19

20

21

22

23

24

25

26