# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMON SANTIAGO,<br><br>    Petitioner,<br><br>  v.<br><br>MATTHEW C. KRAMER, Warden<br><br>    Respondents.<br>_____/ | CV F  05-1283 AWI SMS HC<br><br>ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION<br><br>[Doc. 12] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 10, 2006, Respondent filed a request for an extension of time to file his answer. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Respondent is granted thirty (30) days from the date of service of this order in which to file an answer.

IT IS SO ORDERED.

**Dated:   February 27, 2006**          /s/ Sandra M. Snyder
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE