# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMON SANTIAGO,<br><br>         Petitioner,<br><br>    v.<br><br>MATTHEW C. KRAMER, Warden<br><br>         Respondents._____/ | CV F   05-1283 AWI SMS HC<br><br>ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION<br><br>[Doc. 15] |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On March 30, 2006, Respondent filed a second request for an extension of time to file his answer. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Respondent answer shall be due on or before April 19, 2006.

IT IS SO ORDERED.

**Dated:   April 11, 2006**            /s/ Sandra M. Snyder
ah0l4d                          UNITED STATES MAGISTRATE JUDGE