UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMON SANTIAGO,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW C. KRAMER,<br><br>    Respondent. | 1:05-CV-01283-AWI-SMS-HC<br><br>ORDER GRANTING PETITIONER'S MOTIONS FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENTS #21 & #22) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 30, 2006, and June 13, 2006, petitioner filed motions for an extension of time to file a traverse in response to the answer filed on April 19, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   July 5, 2006**                    **/s/ Sandra M. Snyder**
ah0l4d                                        UNITED STATES MAGISTRATE JUDGE